No. 10–6216. SANTIAGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 10–6223. PIATEK v. UNITED STATES. C. A. 6th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 10–6329. MESZAROS v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. ▮

No. 10–6346. MELENDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. ▮

No. 09–8961. ROBERTS v. MITCHEM, WARDEN, ET AL., 559 U. S. 1052. Petition for rehearing denied.

OCTOBER 14, 2010

No. 10–6804 (10A349). WACKERLY v. OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE SOTOMAYOR, and by her referred to the Court, denied. Certiorari denied. ▮

OCTOBER 15, 2010

No. 10–51. TIMONEY ET AL. v. KEATING ET AL. C. A. 11th Cir. Certiorari dismissed under this Court's Rule 46.1. ▮

No. 10–5685. IN RE GOODMAN. Petition for writ of mandamus dismissed under this Court's Rule 46.

OCTOBER 18, 2010

No. 10–5895. DANDAR v. PENNSYLVANIA (two judgments). Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma*